Juan SALINAS v. STATE. (No. 8015.) (Court of Criminal Appeals of Texas. Dec. 5, 1923.) Appeal from Criminal District Court,

Cameron County; J. C. George, Special Judge. Tom Garrard, State's Atty., of Midland and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

MORROW, P. J. The offense is murder; punishment fixed at confinement in the penitentiary for a period of 30 years. Upon appellant's written request, verified by his affidavit on file, the appeal is dismissed.